**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| PROGENICS PHARMACEUTICALS, INC., and EXINI DIAGNOSTICS AB, <br><br> Plaintiffs, <br><br> v. <br><br> MIM SOFTWARE INC., <br><br> Defendant. | Civil Action No. 1:24-cv-10437-PBS |

**NOTICE OF APPEARANCE**

Please enter the appearance of Anita M. C. Spieth of Choate, Hall & Stewart LLP, Two International Place, Boston, Massachusetts 02110, on behalf of Plaintiffs Progenics Pharmaceuticals, Inc. and EXINI Diagnostics AB in the above-captioned matter. I certify that I am admitted to practice in this court.

Respectfully submitted,

*/s/ Anita M. C. Spieth*
Anita M. C. Spieth (BBO #676302)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA  02110
Tel.: (617) 248-5000
Fax: (617) 248-4000
*aspieth@choate.com*

Dated: February 29, 2024