**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| PROGENICS PHARMACEUTICALS, INC., and EXINI DIAGNOSTICS AB,<br><br>Plaintiffs,<br><br>v.<br><br>MIM SOFTWARE INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:24-cv-10437-PBS<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter the appearance of John C. Calhoun of Choate, Hall & Stewart LLP, Two International Place, Boston, Massachusetts 02110, on behalf of Plaintiffs Progenics Pharmaceuticals, Inc. and EXINI Diagnostics AB in the above-captioned matter. I certify that I am admitted to practice in this court.

Respectfully submitted,

*/s/ John C. Calhoun*
John C. Calhoun (BBO #694479)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA  02110
Tel.: (617) 248-5000
Fax: (617) 248-4000
*jcalhoun@choate.com*

Dated: February 29, 2024