**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PROGENICS PHARMACEUTICALS, INC., and EXINI DIAGNOSTICS AB, <br><br> Plaintiffs, <br><br> v. <br><br> MIM SOFTWARE INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil Action No. 1:24-cv-10437-PBS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT CLAIM CONSTRUCTION STATEMENT**

Pursuant to the Court's Scheduling Order (Dkt. No. 85), and in accordance with Local Rule 16.6(e)(1)(D), Plaintiffs Progenics Pharmaceuticals, Inc. and EXINI Diagnostics AB ("Plaintiffs"), and Defendant MIM Software Inc. ("Defendant" or "MIM") (collectively, the "Parties") hereby submit this Joint Claim Construction Statement.

**Disputed Claim Constructions**

The Parties include a chart attached as Exhibit A[1] that identifies the disputed claim terms and the Parties' proposed constructions, presented in the order in which the Parties would like the Court to construe them.  The chart includes eight terms proposed by Defendant for construction. Plaintiffs offer responses, including alternative constructions, for Defendant's eight terms.

**Technology Tutorial**

The Parties propose an in-person technology tutorial to educate the Court about the Asserted Patents' inventions before the Claim Construction Hearing.  Subject to the Court's

---

[1] Nothing in this Joint Claim Construction Statement or Exhibit A shall be construed as a waiver of any arguments or admission with respect to the validity, invalidity, infringement, or non-infringement of any patent claim.

schedule, the Parties suggest that the tutorial occur during the week prior to the hearing or else immediately prior to the hearing, which is scheduled for November 17, 2025.  Dkt. No. 104.  The Parties anticipate this tutorial will take up to one hour, with approximately 20 to 30 minutes for each side's presentation.

Respectfully submitted,

| | |
|---|---|
| PROGENICS PHARMACEUTICALS, INC. AND EXINI DIAGNOSTICS AB | MIM SOFTWARE INC. |
| By its attorneys, | By its attorneys, |
| /s/ Michael H. Bunis | /s/ Jesse L. Jenike-Godshalk |
| Michael H. Bunis (BBO #566839) | Jesse L. Jenike-Godshalk (pro hac vice) |
| Anita M. C. Spieth (BBO #676302) | Thompson Hine LLP |
| John C. Calhoun (BBO #694479) | 312 Walnut Street, Suite 2000 |
| CHOATE HALL & STEWART LLP | Cincinnati, OH 45202 |
| Two International Place | (513) 352-6700 |
| Boston, MA 02110 | jesse.godshalk@thompsonhine.com |
| (617) 248-5000 | |
| mbunis@choate.com | Lisa J. Pirozzolo (BBO#561922) |
| aspieth@choate.com | WILMER CUTLER PICKERING |
| jcalhoun@choate.com | HALE AND DOOR LLP |
| | 60 State Street |
| | Boston, MA 02109 |
| | (617) 526-6000 |
| | lisa.pirozzolo@wilmerhale.com |
| | |
| | Alexis Cohen (pro hac vice) |
| | Laura E. Powell (pro hac vice) |
| | Gilbert T. Smolenski (pro hac vice) |
| | WILMER CUTLER PICKERING |
| | HALE AND DOOR LLP |
| | 2100 Pennsylvania Avenue, NW |
| | Washington, DC 20037 |
| | (202) 663-6000 |
| | alexis.cohen@wilmerhale.com |
| | laura.powell@wilmerhale.com |
| | gilbert.smolenski@wilmerhale.com |

Marla R. Butler (*pro hac vice*)
Thompson Hine LLP
Two Alliance Center
3560 Lenox Road, NE, Suite 1600
Atlanta, GA 30326-4266
(404) 407-3680
marla.butler@thompsonhine.com

Jeffrey C. Metzcar (*pro hac vice*)
Thompson Hine LLP
Discovery Place
10060 Innovation Drive, Suite 400
Dayton, OH 45342
(937) 443-6841
jeff.metzcar@thompsonhine.com

Date: June 18, 2025

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system on June 18, 2025, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Michael H. Bunis*
Michael H. Bunis (BBO #56683)

- 3 -