**EXHIBIT A**

| NO. | TERM | PATENT (CLAIMS) | DEFENDANT'S CONSTRUCTION | PLAINTIFFS' CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|---|
| 1 | fit[ting] … a multi-component mixture model to a distribution of intensities of voxels within the reference volume | 11,721,428 (claims 1, 13) | determining a plurality of curves that together approximately fit a plot of a distribution of intensities of voxels within the reference volume | Plain and ordinary meaning Alternatively, "fit[ting] a model that represents an overall distribution as composed of two or more components to the observed distribution of intensities of voxels within the reference volume" | |
| 2 | a major mode of the multi-component mixture model | 11,721,428 (claims 1, 13) | the curve of the plurality of curves that has the higher intensity value peak | Plain and ordinary meaning Alternatively, "a component of the multi-component mixture model that represents the most prevalent sub-population in the voxel-intensity distribution" | |
| 3 | one or more uptake metrics indicative of radiopharmace-utical uptake therein | 10,973,486 (claims 1, 39-42, 48-50) | one or more metrics indicative of the quantity of a radiopharmaceutical absorbed by the prostate volume of the subject | The quoted term comes from the preambles of claims 1, 39-42, and 48-50.  Those preambles are not limiting, and thus no construction is required. | |

| NO. | TERM | PATENT (CLAIMS) | DEFENDANT'S CONSTRUCTION | PLAINTIFFS' CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|---|
| 4. | first module | 10,973,486/ claims 1, 39-42, 48-50 | This term should be construed as a means-plus-function term under 35 U.S.C. §112(f).<br><br>Function: determine an initial volume of interest (VOI) within the 3D anatomical image, the initial VOI corresponding to tissue within the pelvic region of the subject and excluding tissue outside the pelvic region of the subject<br><br>Corresponding structure: a first convolutional neural network as depicted in Figs. 7A-E | This term should not be construed as a means-plus-function term under 35 U.S.C. § 112(f). | |
| 5. | second module | 10,973,486/ claims 1, 39-42, 48-50 | This term should be construed as a means-plus-function term under 35 U.S.C. §112(f).<br><br>Function: identify within the initial VOI a prostate volume corresponding to the prostate of a subject | This term should not be construed as a means-plus-function term under 35 U.S.C. § 112(f). | |

| NO. | TERM | PATENT (CLAIMS) | DEFENDANT'S CONSTRUCTION | PLAINTIFFS' CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|---|
| | | | <u>Corresponding structure</u>: a second convolutional neural network as depicted in Figs. 7F-J | | |
| 6. | "identify[ing] … a prostate volume within the initial VOI" | 10,973,486/ claims 1, 39-42, 48-50 | identify[ing] a prostate volume inside a previously identified volume of interest | Plain and ordinary meaning<br><br>Alternatively, "identify[ing] a prostate volume in a previously identified volume of interest" | |
| 7. | "a dilated bladder volume" | 10,973,486/ claims 9, 41, 49 | a volume that is a predefined amount larger than, but the same shape as, the identified bladder volume | Plain and ordinary meaning<br><br>Alternatively, "a volume created by expanding the identified bladder volume" | |
| 8. | "correct[ing] for cross-talk from the bladder" | 10,973,486/ claims 7, 40, 48 | adjust[ing] the measured intensities of one or more voxels of the 3D functional image that correspond to the prostate volume | Plain and ordinary meaning<br><br>Alternatively, "identify[ing] intensities within the 3D functional image that correspond to the identified bladder volume and adjusting at least a portion of those intensities" | |

3