UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PROGENICS PHARMACEUTICALS, INC., and EXINI DIAGNOSTICS AB, <br><br> Plaintiffs, <br><br> v. <br><br> MIM SOFTWARE INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:24-cv-10437-PBS |

**JOINT STATUS REPORT REGARDING
PTAB DECISIONS ON DEFENDANT'S IPR PETITIONS**

Pursuant to the Court's May 13, 2025 Order (Dkt. 102), Plaintiffs Progenics Pharmaceuticals, Inc. and EXINI Diagnostics AB ("Plaintiffs"), and Defendant MIM Software Inc. ("Defendant") (collectively, the "Parties"), hereby submit this joint status report to inform the Court that the Patent Trial and Appeals Board ("PTAB") has denied institution of the petitions for *Inter Partes* Review Nos. IPR2025-00630 (corresponding to asserted U.S. Patent No. 10,665,346), IPR2025-00725 (corresponding to U.S. Patent No. 11,424,035), and IPR2025-00726 (corresponding to U.S. Patent No. 11,894,141).

**I.     Background**

On May 13, 2025, the Court stayed this action with respect to Plaintiffs' claims of infringement of U.S. Patent Nos. 10,665,346 ("'346 patent"), 11,424,035 ("'035 patent"), 11,894,141 ("'141 patent"), and 11,941,817 ("'817 patent") pending resolution of IPR petitions filed by Defendant. Dkt. 102 at 2-3. The Court directed that "[t]he parties shall file a joint status report within fourteen days of the PTAB's issuance of final determinations as to any of the IPRs." *Id*. at 3.

1

**II.     PTAB Decisions**

The PTAB has now denied institution of the three IPR petitions directed to the '346, '035, and '141 patents, respectively. *See* Ex. A (order denying institution for '346 patent); Ex. B (order denying institution for '035 patent); Ex. C (order denying institution for '141 patent).

The PTAB has not yet addressed institution of the IPR petition for the '817 patent. The PTAB's statutory deadline to do so is November 6, 2025.

**III.    Plaintiffs' Request for Leave to Move to Lift the Stay**

Given the PTAB's recent institution denials, Plaintiffs respectfully request leave to move to lift the stay as to the '346, '035, and '141 patents. Plaintiffs understand that the Court approved this step at the hearing on Defendant's stay motion. *See* Dkt. 105 (Hearing Tr.) at 10:8-20 (responding "[o]f course you'd have the ability to brief it" when asked if Plaintiffs could move to lift the stay as to a subset of the stayed patents if the PTAB denied institution as to one or more of those patents). However, Plaintiffs seek clarification whether the Court prefers that briefing proceed now or be deferred until the PTAB issues its institution decision on the last of the four patents that Defendant attempted to challenge in the PTAB, namely, the '817 patent.

**IV.    Defendants Request the Case Remain Stayed Pending the Final Institution Decision.**

As noted above, the PTAB has not yet addressed institution of the IPR petition for the '817 patent.  As also noted above, an institution decision for the '817 patent is due *no later than* November 6, 2025.  Defendant requests that briefing on lifting the stay be deferred until the PTAB issues its institution decision for the petition challenging the '817 patent so that the briefing can address the full set of relevant issues.

Respectfully submitted,

| | |
|---|---|
| PROGENICS PHARMACEUTICALS, INC. AND EXINI DIAGNOSTICS AB | MIM SOFTWARE INC. |
| By its attorneys, | By its attorneys, |
| /s/ Michael H. Bunis | /s/ Lisa J. Pirozzolo |
| Michael H. Bunis (BBO #566839)<br>Anita M. C. Spieth (BBO #676302)<br>John C. Calhoun (BBO #694479)<br>CHOATE HALL & STEWART LLP<br>Two International Place<br>Boston, MA 02110<br>(617) 248-5000<br>mbunis@choate.com<br>aspieth@choate.com<br>jcalhoun@choate.com | Lisa J. Pirozzolo (BBO #561922)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000<br>lisa.pirozzolo@wilmerhale.com<br><br>Jesse L. Jenike-Godshalk (*pro hac vice*)<br>THOMPSON HINE LLP<br>312 Walnut Street, Suite 2000<br>Cincinnati, OH 45202<br>(513) 352-6700<br>jesse.godshalk@thompsonhine.com<br><br>Alexis Cohen (*pro hac vice*)<br>Laura E. Powell (*pro hac vice*)<br>Gilbert T. Smolenski (*pro hac vice*)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>2100 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>(202) 663-6000<br>alexis.cohen@wilmerhale.com<br>laura.powell@wilmerhale.com<br>gilbert.smolenski@wilmerhale.com<br><br>Marla R. Butler (*pro hac vice*)<br>THOMPSON HINE LLP<br>Two Alliance Center<br>3560 Lenox Road, NE, Suite 1600<br>Atlanta, GA 30326-4266<br>(404) 407-3680<br>marla.butler@thompsonhine.com<br><br>Jeffrey C. Metzcar (*pro hac vice*)<br>THOMPSON HINE LLP |

                Discovery Place
                10060 Innovation Drive, Suite 400
                Dayton, OH 45342
                (937) 443-6841
                jeff.metzcar@thompsonhine.com

Date: October 22, 2025

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system on October 22, 2025, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ *Michael H. Bunis*
Michael H. Bunis (BBO #566839)