**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| PROGENICS PHARMACEUTICALS, INC., and EXINI DIAGNOSTICS AB,<br><br>Plaintiffs,<br><br>v.<br><br>MIM SOFTWARE INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:24-cv-10437-PBS<br>)<br>)<br>)<br>)<br>)<br>) |

## <u>NOTICE OF WITHDRAWAL AS COUNSEL</u>

Pursuant to Local Rule 83.5.2(c), counsel for Defendant MIM Software Inc. ("MIM") hereby notifies the Court of the withdrawal of Alexis Cohen as counsel in the above-captioned matter.  As of January 23, 2026, Ms. Cohen is no longer affiliated with Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale").  MIM will continue to be represented by WilmerHale and Thompson Hine LLP, who remain counsels of record in this case.

Dated:  January 26, 2026

Respectfully submitted,

*/s/ Lisa J. Pirozzolo*
Lisa J. Pirozzolo (BBO #561922)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
lisa.pirozzolo@wilmerhale.com

Laura E. Powell (*pro hac vice*)
Gilbert T. Smolenski (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 663-6000
laura.powell@wilmerhale.com
gilbert.smolenski@wilmerhale.com

Marla R. Butler (*pro hac vice*)
THOMPSON HINE LLP
Two Alliance Center
3560 Lenox Road, NE, Suite 1600
Atlanta, GA 30326-4266
(404) 407-3680
marla.butler@thompsonhine.com

Jeffrey C. Metzcar (*pro hac vice*)
THOMPSON HINE LLP
Discovery Place
10060 Innovation Drive, Suite 400
Dayton, OH 45342
(937) 443-6841
jeff.metzcar@thompsonhine.com

Jesse L. Jenike-Godshalk (*pro hac vice*)
THOMPSON HINE LLP
312 Walnut Street, Suite 2000
Cincinnati, OH 45202
(513) 352-6700
jesse.godshalk@thompsonhine.com

*Counsel for Defendant MIM Software Inc.*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system on January 26, 2026, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Lisa J. Pirozzolo*
Lisa J. Pirozzolo (BBO #676302)