# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PROGENICS PHARMACEUTICALS, INC., and EXINI DIAGNOSTICS AB, <br><br> Plaintiffs, <br><br> v. <br><br> MIM SOFTWARE INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:24-cv-10437-PBS <br> ) <br> ) <br> ) <br> ) <br> ) |

## <u>MOTION TO RESCHEDULE CLAIM CONSTRUCTION HEARING</u>

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 40.3, Plaintiffs Progenics Pharmaceuticals, Inc. and EXINI Diagnostics AB ("Plaintiffs"), by and through their undersigned counsel, hereby move to reschedule the claim construction hearing currently set for February 24, 2026. In support of this motion, Plaintiffs state as follows:

1. The claim construction hearing is currently scheduled for February 24, 2026. Dkt. 146.

2. The February 24, 2026 hearing date presents a scheduling conflict for Plaintiffs' counsel due to a previously scheduled deposition in another matter that cannot be rescheduled without prejudice.

3. Counsel for Plaintiffs promptly conferred with counsel for Defendant about the scheduling conflict, and Defendant consents to this motion to reschedule.

4. The Parties have conferred and are both available March 16, 19, and 20, 2026, and the week of March 23, 2026.

5. Federal Rule of Civil Procedure 6(b) and Local Rules 40.3(a), (b) give the Court discretion to grant a motion to extend a deadline for good cause.

6. The requested relief is not sought for purposes of delay and will not prejudice any party.

Plaintiffs do not believe the schedule change will prejudice the Court.

Accordingly, Plaintiffs respectfully request that the Court grant this motion and reschedule the claim construction hearing currently scheduled for February 24, 2026, to March 16, 19, 20, 2026, during the week of March 23, 2026, or to another date convenient for the Court.

Date: February 2, 2026

Respectfully submitted,

PROGENICS PHARMACEUTICALS, INC. AND EXINI DIAGNOSTICS AB

By its attorneys,

*/s/ Anita M.C. Spieth*
Michael H. Bunis (BBO #566839)
Anita M. C. Spieth (BBO #676302)
John C. Calhoun (BBO #694479)
CHOATE HALL & STEWART LLP
Two International Place
Boston, MA 02110
(617) 248-5000
mbunis@choate.com
aspieth@choate.com
jcalhoun@choate.com

## <u>CERTIFICATE OF CONFERENCE</u>

Pursuant to Local Rule 7.1(a)(2), counsel for the parties conferred via email on January 31, 2026, and February 2, 2026, and Defendant MIM Software Inc. consents to the relief requested in this motion.

*/s/ Anita M.C. Spieth*
Anita M. C. Spieth (BBO #676302)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document was filed through the ECF system on February 2, 2026, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Anita M.C. Spieth*
Anita M. C. Spieth (BBO #676302)
